UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
EMA FINANCIAL, LLC, a Delaware Limited Liability Company,

          Plaintiff,

- against -

AIM EXPLORATION, INC., and AIM EXPLORATION, SA

          Defendants.
---------------------------------------X

Case No.: 18-cv-145-ER

**ORDER AND JUDGMENT**

Upon the motion for summary judgment filed by plaintiff, dated April 16, 2018 (Dckt.18), the Decision and Order dated February 19, 2019 (Dckt 31), and the supplementary motion for summary judgment, dated March 1, 2019 (Dckt. 32), and the supplementary motion dated March 31, 2020 (Dckt. 46), the Court hereby renders Judgment as follows:

1. Judgment is entered in favor of Plaintiff EMA FINANCIAL, LLC (the "Plaintiff"), and against AIM EXPLORATION, INC., and AIM EXPLORATION, SA, jointly and severally, as follows:

(a) Plaintiff is awarded the sum of $587,713.44 in damages for failure to honor the Notice of Conversion, dated April 5, 2016, plus default interest at the rate of 24% from April 8, 2016 through the date of entry of judgment.

(b) Plaintiff is awarded the additional sum of $603,229.95 in damages for failure to honor the Notice of Conversion, dated January 10, 2017, plus default interest at the rate of 24% from January 13, 2017 through the date of entry of judgment.

(c) Plaintiff is awarded the additional sum of $15,585.34 as and for the remaining balance of the note, plus ordinary interest of $3,303.21 from September 17, 2015 until May

1

26, 2016, and default interest of 24% from May 26, 2016 through the date of entry of judgment.

(d) Plaintiff is awarded the additional sum of $ 14,264.60          nd for attorney's fees and costs.

2. Plaintiff is entitled to enforce this Judgment by all means permitted by law and shall recover its reasonable attorney fees and costs incurred in connection with such enforcement.

3. This Court expressly finds that there is no just reason for delay, and expressly directs the entry of final judgment.

So Ordered _____
Edgardo Ramos, U.S.D.J
Dated: April 1, 2020
New York, New York